IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE EARL BRADLEY,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO MODIFY TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br><br>Case No. 1:02-CR-35 TS |

      This matter comes before the Court on Defendant's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2). Defendant previously asked this Court to reduce his sentence based on Amendment 706 to the United States Sentencing Guidelines ("USSG"), which reduced the base offense levels in USSG § 2D1.1 based on the quantity of cocaine base.[1] The Court found that Defendant did not qualify for a reduction in his sentence and, therefore, denied his Motion.[2]

---

      [1]Docket No. 77.

      [2]Docket No. 82.

1

Defendant now appears to renew his Motion. For the same reasons set forth in the Court's previous Order[3] and the Tenth Circuit's recent decision in *United States v. Sharkey*,[4] Defendant's Motion must be denied.

It is therefore

ORDERED that Defendant's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (Docket No. 83) is DENIED. The Clerk of the Court is directed to provide Defendant a copy of the Court's previous Order (Docket No. 82) along with this Order.

DATED   November 25, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3] *Id*.

[4] 543 F.3d 1236 (10th Cir. 2008).